

ORDERED in the Southern District of Florida on December 18, 2014.

Raymond B. Ray, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
Broward Division

In re:

JOSE R. RIVERA,                                        Case No. 14-34087-RBR

    Debtor.                                        Chapter 7
_____/

### ORDER GRANTING MOTION FOR STAY RELIEF [D.E. 15]

THIS MATTER came before the Court for a hearing on December 17, 2014, upon Colfin AH-Florida 7, LLC's (the "Creditor") Motion for Stay Relief [D.E. 15] (the "Motion"). The Creditor set forth a valid basis for the Court granting stay relief. The Property was sold prior to the Debtor filing the bankruptcy case. After the Court having considered the Motion, case file, argument from the parties, and for the reasons argued on the record, it is

**ORDERED** that the Motion [D.E. 15] is **GRANTED**.

###

*The Clerk shall furnish copies to all parties of record.*