

## ORDERED in the Southern District of Florida on December 18, 2014.

*Raymond B. Ray, Judge*
United States Bankruptcy Court

___

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
Broward Division

In re:

JOSE R. RIVERA,                                   Case No. 14-34087-RBR

    Debtor.                                       Chapter 7
_____/

### ORDER GRANTING MOTION TO RECONSIDER ORDER GRANTING DEBTOR'S VERIFIED EX PARTE MOTION FOR REFERRAL TO MORTGAGE MODIFICATION MEDIATION [D.E. 32]

THIS MATTER came before the Court for a hearing on December 17, 2014, upon Colfin AH-Florida 7, LLC's (the "Creditor") Emergency Motion to Reconsider [D.E. 32] (the "Motion") the Order Granting the Debtor's Ex Parte Motion for Referral to Mortgage Modification Mediation [D.E. 24] (the "Order"). The Creditor set forth a valid basis for the Court reconsidering the Order. The Property was sold prior to the Debtor filing the bankruptcy case. After the Court having considered the Motion, case file, argument from the parties, and for the reasons argued on the record, it is

**ORDERED** as follows:

1. The Motion [D.E. 32] is **GRANTED**.

2. The Order Granting the Debtor's Ex Parte Motion for Referral to Mortgage Modification Mediation [D.E. 24] is **VACATED**.

###

*The Clerk shall furnish copies to all parties of record.*